WEST McCRACKEN COUNTY FIRE DEPARTMENT et al., Appellants,

v.

CELINA MUTUAL INSURANCE COMPANY et al., Appellees.

Court of Appeals of Kentucky.

Sept. 23, 1960.

Holland G. Bryan, Paducah, for appellants.

Terrell, Schultzman & Hardy, Paducah, for appellees.

PER CURIAM.

West McCracken County Fire Department, et al., have moved for an appeal from a judgment denying recovery of the sum of $358 from Celina Mutual Insurance Company, et al. The matter was heard on a stipulation of facts and involves a single question of law, which was correctly decided by the lower court.

The motion for an appeal is overruled and the judgment stands affirmed.